United States District Court
Southern District of Texas

**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA BAEZ-BATISTA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-582 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Adriana Baez-Batista is in the custody of Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. In this habeas action, Petitioner contests Respondents' ability to detain her without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

Petitioner concedes that the Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses her statutory arguments. (Statement, Doc. 7) But she bases her claims, in part, on her alleged rights under the Cuban Adjustment Act, 8 U.S.C. § 1255.

To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than July 14, 2026, Respondents shall file a Response to the issues that Petitioner raises in her Petition (Doc. 1) and Statement (Doc. 7); and

**ORDERED** that by no later than July 21, 2026, Petitioner Adriana Baez-Batista shall file a Reply in support of the relief that she requests.

The Clerk of Court is directed to serve a copy of the Petition (Doc. 1), the Statement (Doc. 7), and this Order upon Respondents, in accordance with the Memorandum of Understanding.

Signed on June 23, 2026.

Fernando Rodriguez, Jr.
United States District Judge